IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NATHANIEL J. JOHNSON,**<br>    **Plaintiff,**<br><br>       v.<br><br>**PHILADELPHIA HOUSING AUTHORITY,**<br>    **Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-2343** |

# O R D E R

**AND NOW**, this 31st day of October, 2016, upon consideration of Defendant Philadelphia Housing Authority's Motion for Summary Judgment (ECF No. 56); Plaintiff Nathaniel Johnson's Response in Opposition thereto (ECF Nos. 64 and 67); and Defendant's Reply in Support thereof (ECF Nos. 68 & 69), and for the reasons set forth in the Court's Opinion of October 31, 2016 (ECF No. 70), **IT IS ORDERED** that Defendant's motion is **GRANTED IN PART AND DENIED IN PART** as follows:

(1) Defendant's motion is **GRANTED** with respect to Plaintiff's disparate treatment and retaliation claims based on age and race, and **JUDGMENT IS ENTERED IN FAVOR** of Defendant Philadelphia Housing Authority, and **AGAINST** Plaintiff Nathaniel Johnson on all of Plaintiff's claims for disparate treatment and retaliation;

(2) Defendant's motion is **DENIED** with respect to Plaintiff's age- and race-based hostile work environment claims.

BY THE COURT:

/s/ Wendy Beetlestone
_____
**WENDY BEETLESTONE, J.**